IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

JOSE ROMO, JERONIMO MAZARIEGO,
and MARCO MARTINEZ HERNANDEZ,

    Plaintiffs,

v.                                                 Case No. 2:20-cv-02627-MSN-tmp

HERNANDEZ MEXICAN GRILL, INC. d/b/a
EL GALLITO MEXICAN RESTAURANT
AND BAR and ALBERTO HERNANDEZ,

    Defendants.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed August 20, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Joint Stipulation of Dismissal with Prejudice, filed April 11, 2022, (ECF No. 43), and under Fed. R. Civ. P. 41(a)(1)(A)(ii) that permits dismissal without a court order, settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

April 11, 2022
Date